IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

OMAR A. KERR,
INS # A77-346-720,

    Petitioner,

vs.                                       Case. No.  4:08-CV-112-SPM/WCS

MICHAEL B. MUKASEY, et al.,

    Respondents.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

      THIS CAUSE comes before the Court upon the Magistrate Judge's Report and Recommendation (doc. 22).  The parties have been furnished a copy and have been afforded an opportunity to file objections.  No objections to this Report and Recommendation have been filed by the Petitioner, presumably because all court mail has been returned from Petitioner's last known address, and Petitioner has not filed a change of address with the court.  Additionally, Respondents filed a response stating that the relief requested by Petitioner had been granted and that Petitioner had been removed to Belize. (doc. 21)

      Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby ORDERED AND ADJUDGED as follows:

      1.      The Magistrate Judge's Report and Recommendation (doc. 22) is

adopted and incorporated by reference in this order.

2. The § 2241 petition filed by Petitioner (doc. 1) is ***dismissed as moot***.

DONE AND ORDERED this twenty-ninth day of January, 2009.


*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge